AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| v. | ) |
| ORIANA KOROL | ) Case No. 3 25 mJ 295 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ORIANA KOROL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)

Date:   10/14/2025

*Youlee Yim You*
Issuing officer's signature

City and state:   Portland, Oregon

Hon. Youlee Y. You, U.S. Magistrate Judge
Printed name and title

**Return**

This warrant was received on *(date)* 10/15/25, and the person was arrested on *(date)* 10/15/25
at *(city and state)* Vancouver, WA

Date: 10/15/25

Arresting officer's signature

Inspector Robert Maynor
Printed name and title